UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 59988
     DIANE MARIE CARSON
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

          Debtor
     SSN XXX-XX-9068

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/15/05 and confirmed on 12/09/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  15278.40 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 3428.83 | .00 | 1139.25 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5763.07 | .00 | 1914.81 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1616.35 | .00 | 537.04 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1782.89 | .00 | 592.38 |
| DISCOVER BANK | UNSECURED | 11938.46 | .00 | 3966.62 |
| FIRST NATIONAL BANK OF O | UNSECURED | 8246.55 | .00 | 2739.97 |
| FIRST NATIONAL BANK OF O | UNSECURED | 2422.36 | .00 | 804.84 |
| CAPITAL ONE BANK | UNSECURED | 381.17 | .00 | 126.65 |
| CAPITAL ONE BANK | UNSECURED | 316.35 | .00 | 105.11 |

          Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 35896.03 | .00 | 35896.03 |
| PRINCIPAL PAID | .00 | .00 | 11926.67 | .00 | 11926.67 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 11926.67 | .00 | 11926.67 |

The Debtor's attorney, R DANIEL LYONS & ASSOC          , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $   651.73 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 01/16/09

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 59988 DIANE MARIE CARSON